UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| MATT ROBINSON | ) | Case No: 5: 10-cv-00226 – H |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| SANTROCK, ET AL | ) | |
| Defendants. | ) | |

## ORDER

WHEREAS, it has been made to appear to the undersigned Clerk of The United States District Court For The Eastern District of North Carolina, Western Division, upon affidavit or otherwise, that the Defendant Mary McKnight, has failed to plead or otherwise defend herself in the above captioned matter.

NOW THEREFORE, It is hereby ORDERED that default is entered against Mary McKnight, Defendant in this action pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

SO ORDERED this the 2nd day of Sept. , 2010

_____
Clerk of Court