THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil No: 5:10-cv-00226- H

| | |
|---|---|
| MATT ROBINSON, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TRACY SANTROCK, SANTROCK ) | |
| REALTY GROUP, INC., MARY ) | |
| McKNIGHT, and SACRILICIOUS ) | |
| MARKETING LLC ) | |
|     Defendants ) | ORDER |
| ) | |
| TRACY SANTROCK and ) | |
| SANTROCK REALTY GROUP, INC. ) | |
|     Cross-Claimants, ) | |
| ) | |
| v. ) | |
| ) | |
| MARY McKNIGHT and ) | |
| SACRILICIOUS MARKETING LLC ) | |
|     Cross-Defendants. ) | |

Pursuant to Fed. R. Civ. P. 55(a), the undersigned Clerk of the United States District Court for the Eastern District of North Carolina finds that Cross-Defendants Mary McKnight and Sacrilicious Marketing, LLC have failed to plead or otherwise defend themselves in the above-captioned matter.

It is hereby ORDERED that default is entered against Cross-Defendants Mary McKnight and Sacrilicious Marketing, LLC for the crossclaim filed by Cross-Claimants Tracy Santrock and Santrock Realty Group, Inc.

SO ORDERED, this the 7th day of September, 2010.

                                              Clerk of Court
                                              United States District Court
                                              Eastern District of North Carolina