UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MATT ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TRACY SANTROCK, SANTROCK ) | |
| REALTY GROUP, INC., MARY ) | |
| McKNIGHT, and SACRILICIOUS ) | |
| MARKETING LLC, ) | |
| ) | Case No: 5:10-CV-00226 |
| Defendants. ) | |
| ) | ORDER |
| TRACY SANTROCK and SANTROCK ) | |
| REALTY GROUP, INC., ) | |
| ) | |
| Cross-Claimants, ) | |
| ) | |
| v. ) | |
| ) | |
| MARY McKNIGHT and ) | |
| SACRILICIOUS MARKETING, LLC, ) | |
| ) | |
| Cross-Defendants. ) | |

Now comes plaintiff, by his attorney, Jeffrey T. Jones, Esq., and dismisses his action as against defendants Tracy Santrock and Santrock Realty Group, Inc., with prejudice, the dispute having been fully settled and compromised as between these parties via an agreement dated November 23, 2010, as the terms of the agreement having been fully performed by these parties.

It is therefore ordered by the court that the motion be granted; and that the above entitled action be dismissed with prejudice as between plaintiff and defendants Tracy Santrock and Santrock Realty Group, Inc., and that each party is ordered to bear its own costs and fees, including reasonable attorneys' fees.

It is further ordered that the actions as between plaintiff and defendants Mary McKnight and Sacrilicious Marketing, LLC, , and as between cross-claimants Tracy Santrock and Santrock Realty Group, Inc. and cross-defendants Mary McKnight and Sacrilicious Marketing, LLC, continue.

SO ORDERED, this 7th day of January 2011.

Malcolm J. Howard
Senior U.S. District Judge