UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MATT ROBINSON, )
    Plaintiff )
  ) **JUDGMENT**
v. )
  ) No. 5:10-CV-226-H1
TRACY SANTROCK, SANTROCK )
REALTY GROUP, INC., MARY )
MCKNIGHT and SACRILICIOUS )
MARKETING LLC, )
    Defendants. )
  )
TRACY SANTROCK and SANTROCK )
REALTY GROUP, INC., )
    Cross-Claimants )
v. )
  )
MARY MCKNIGHT and )
SACRILICIOUS MARKETING, LLC, )
    Cross-Defendants )

**Decision by Court.**
**This case came before Senior Judge Malcolm J. Howard for consideration of the cross-claimants' motion for default judgment.**

**IT IS ORDERED, ADJUDGED AND DECREED judgment is entered pursuant to Rule 54(b) of the Federal Rules of Civil Procedure in favor of Tracy Santrock and Santrock Realty Group, Inc. and against cross-defendants Mary McNight and Sacrilicious Marketing, LLC, jointly and severally, in the amount of $2,000.**

This Judgment Filed and Entered on April 15, 2011, with service on:

Jeffrey T. Jones (via cm/ecf Notice of Electronic Filing)
Anthony J. Biller (via cm/ecf Notice of Electronic Filing)
Emily M. Haas (via cm/ecf Notice of Electronic Filing)

Date: April 15, 2011

DENNIS P. IAVARONE, CLERK
/s/ Delsia Heath
(By): Delsia Heath, Deputy Clerk